THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-184-TL |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBIT TO SENTENCING MEMORANDUM |
| TROY CECSARINI | |
| Defendant. | |

THE COURT has considered Troy Cecsarini's motion to seal exhibit 6 to his sentencing memorandum and finds there are compelling reasons to file the document under seal. As it appears Exhibit 9 is related to Exhibit 6 and also contains confidential medical information, the Court also finds compelling reasons to seal that document.

IT IS ORDERED that exhibits 6 and 9 be filed under seal.

DONE this 8th day of November 2024.

_____
TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Troy Cecsarini

ORDER TO SEAL EXHIBIT
(*USA v. Cecsarini*, CR22-184-TL) - 1