1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TROY CECSARINI,

Defendant.

CASE NO. 2:22-cr-00184-TL

ORDER ON MOTION TO MODIFY
CONDITIONS OF RELEASE

This matter is before the Court on Defendant Troy Cecsarini's Motion to Modify
Conditions. Dkt. No. 59. Having reviewed the motion, the Government's response (Dkt. No. 60),
and the relevant record, the Court DENIES the motion.

On November 14, 2024, the Court sentenced Mr. Cecsarini to five years' probation and
imposed six special conditions, one of which requires him to participate in the location
monitoring program for a period of 180 days. Dkt. No. 51. The location monitoring special
condition will be completed on May 13, 2025.

1    Mr. Cecsarini requests the condition be terminated early to "enable [him] to obtain full-

2    time employment." Dkt. No. 59-1 at 2. He says that he is willing to provide "any necessary

3    documentation regarding [his] job applications, work schedule and anything else that would

4    allow these changes." *Id.* The Government agrees with the Probation Office's assessment that no

5    changes are warranted at this time, as Mr. Cecsarini has not provided specifics about his job

6    search to the Probation Officer or the Court. Dkt. No. 60 at 1–2. The Government also notes that

7    the Probation Office has previously approved pass requests for employment-related activities. *Id.*

8    at 2.

9    In sentencing Mr. Cecsarini to a term of probation and rejecting the Government's

10    recommendation of a sentence of imprisonment of 18 months followed by three years of

11    supervised release, the Court informed him that it was giving him a break due to his success

12    while on pretrial supervision. Neither the location monitoring program nor any of the other

13    conditions of Mr. Cecsarini's probation are onerous, especially in comparison to a term of

14    imprisonment. The only reason that the Probation Office has not approved Mr. Cecsarini's

15    requests for leave for employment-related purposes is the lack of specific information provided.

16    *See generally* Dkt. No. 60-1. The Court encourages Mr. Cecsarini to supply probation with more

17    details as requested by the Probation Officer when seeking permission to leave his residence so

18    that probation can fully and adequately assess his requests. If Mr. Cecsarini provides the

19    Probation Officer with "any necessary documentation regarding [his] job applications, work

20    schedule and anything else that would allow these changes," as Mr. Cecsarini indicates he is able

21    to (Dkt. No. 59-1 at 2), his leave requests should be approved without the Court needing to

22    change the special condition which also expires in approximately one month.

23    //

24    //

Accordingly, the Court DENIES Mr. Cecsarini's motion.

Dated this 7th day of April 2025.

Tana Lin
United States District Judge